IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

TYRONE OLIVER,                                                                    PLAINTIFF

VS.                                                    CAUSE NO. 2:09-cv-2555-STA-dkv

DEUTSCHE NATIONAL TRUST COMPANY, and
WILSON & ASSOCAITES, PLLC,                                                DEFENDANTS

---

AGREED ORDER OF DISMISSAL OF WILSON & ASSOCIATES, PLLC
---

As evidenced by the signatures affixed hereinbelow, the Plaintiff, Tyrone Oliver and Defendant Wilson & Associates, PLLC, by and through their respective counsel, have agreed that Wilson & Associates, PLLC shall be dismissed from this matter, and have further agreed as follows:

Wilson & Associates, PLLC are not a necessary party herein, as said firm is named solely in its capacity as trustee under the deed of trust and/or appointment of substitute or successor trustee and no allegations of wrongdoing are alleged against this Defendant.

Further, Wilson & Associates, PLLC are not a necessary party herein, in that it has no personal interest in the subject property and its participation was solely as Successor Trustee.

**THEREFORE IT IS ORDERED**, that Wilson & Associates, PLLC are hereby dismissed as a party defendant herein.

ENTERED this the 30th day of October, 2009.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

**APPROVED FOR ENTRY:**


s/Ted I. Jones
**Ted I. Jones  (11017)**
Suite 1928
100 North Main Building
Memphis, TN 38103
Phone: 901-526-4249
Facsimile: 901-525-4312
Email: Dtedijones@aol.com
*Attorney for Tyrone Oliver*



s/ Jay Kendall
**Joel Giddens (016700)**
WILSON & ASSOCIATES, PLLC
5050 Poplar Avenue, Suite 115
Memphis, Tennessee 38157
Phone: 901-578-9914
Email: jgiddens@wilson-assoc.com

**Jay Kendall (021553)**
WILSON & ASSOCIATES, PLLC
Creekside Crossing III
8 Cadillac Drive, Suite 120
Brentwood, TN 37027
Phone: 615-255-9388
Email: *jmangrum@wilson-assoc.com*

*Attorneys for Wilson & Associates, PLLC*