IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION
_____

| | |
|---|---|
| TYRONE OLIVER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 09-2555-STA-dkv |
| | ) |
| DEUTSCHE BANK NATIONAL | ) |
| TRUST COMPANY, et al. | ) |
| | ) |
| Defendants. | ) |

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION
_____

Before the Court is Defendants' Motion to Dismiss Plaintiff's Complaint for failure to comply with previous court orders (D.E. # 17), filed on February 1, 2010. Plaintiff failed to respond to Defendants' Motion. The Magistrate Judge recommended that Defendants' Motion be granted and the case dismissed. Plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation within the time permitted. Having reviewed the Magistrate Judge's report and recommendation de novo, and the entire record of the proceeding, the Court hereby **ADOPTS** the Magistrate Judge's report and dismisses Plaintiff's case.

IT IS SO ORDERED.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: March 30th, 2010.