*UNITED STATES DISTRICT COURT*
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

---

**TYRONE OLIVER**                                    **JUDGMENT IN A CIVIL CASE**

**v.**

**DEUTSCHE BANK NATIONAL**                           **CASE NO: 09-2555-A**
**TRUST COMPANY, et al.**

---

**DECISION BY COURT.**   This action came to consideration before the
Court.   The issues have been considered and a decision has been
rendered.


**IT IS SO ORDERED AND ADJUDGED   that in accordance with the Order
Adopting The Magistrate Judge's Report And Recommendation entered
on March 30, 2010, this cause is hereby dismissed.**




**APPROVED:**


**s/ S. Thomas Anderson**
**UNITED STATES DISTRICT COURT**

**DATE: 3/31/2010**                           **THOMAS M. GOULD**
                                              **Clerk of Court**


                                              **s/Terry L. Haley**
                                              **(By)  Deputy Clerk**